# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JEFFERY J. JACKSON, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 1:16-cv-00252-VEH-JHE |
| WARDEN THOMAS and THE ATTORNEY GENERAL OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On February 12, 2015, Petitioner Jefferey J. Jackson filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an application for leave to proceed *in forma pauperis*. (Docs. 1 & 2). However, because the petitioner's application to proceed *in forma pauperis* was neither verified by an authorized officer of the institution nor accompanied by a certified copy of prisoner account statements for the last six months, on February 16, 2016, the magistrate judge issued a notice of deficient pleading informing the petitioner as to how he could cure his deficient pleading. (Doc. 3). That notice informed the petitioner that he had thirty days to correct his deficient pleading or the court would dismiss the case for want of prosecution. (*Id.*) (citing FED. R. CIV. P. 41(b)). The deadline to correct the deficient pleading has passed, and the court has received nothing from the petitioner. Accordingly, the petition is due to be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. A separate order will be entered.

**DONE** this 28th day of March, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge